IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL D. HOUSTON,** | : | |
|    Petitioner | : | |
| | : | No. 1:24-cv-01474 |
|    v. | : | |
| | : | (Judge Kane) |
| **WARDEN OF FCI ALLENWOOD MEDIUM,** | : | |
| | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 29th day of January 2025, upon consideration of pro se Petitioner's amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 14), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The amended petition for a writ of habeas corpus (Doc. No. 14) is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                             s/ Yvette Kane
                                                             Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania